### 24950. SMITH *v.* THE STATE.

GUERRY, J. This case is governed by the opinion in the case of *Forbes* v. *State, ante,* 465.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JUNE 27, 1935.

*W. E. Mann, W. G. Mann,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.